UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:22-cv-01411-KES                                                                 Date: November 9, 2022

Title:  Leemanuel Weilch v. 12530 Long Beach Blvd., LLC

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTD: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     Order to Show Cause Why Action Should Not Be Dismissed for Failure to Timely Serve Defendant

Plaintiff Leemanuel Weilch ("Plaintiff") filed this action on July 29, 2022.  (Dkt. 1.) Federal Rule of Civil Procedure 4(m) generally requires plaintiffs to serve defendants with process within 90 days after the complaint is filed. [1]  Although the 90-day period of time to serve Defendant 12530 Long Beach Blvd., LLC has expired on October 27, 2022, Plaintiff has not filed any proof of service as of the date of this order.

IT IS THEREFORE ORDERED that, **on or before November 23, 2022**, Plaintiff shall show cause why Defendant 12530 Long Beach Blvd., LLC should not be dismissed from this action without prejudice for failure to timely serve.

Initials of Deputy Clerk JD

---

[1] On September 28, 2022, Plaintiff filed a First Amended Complaint adding Defendant Chung Han Lee.  Although an amended complaint may extend the service deadline for defendants newly added in the amended complaint, an amendment does not restart the clock as to defendants already named in the original pleading. Fed. R. Civ. Proc. 4(m).